```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 22141
   FERNANDO D CORTEZ
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-7628


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/27/2007 and was confirmed 03/13/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/21/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG    11448.63          .00         11448.63
CITI RESIDENTIAL LENDING  MORTGAGE ARRE    21500.00          .00              .00
CITI RESIDENTIAL LENDING  CURRENT MORTG     4076.56          .00          4076.56
CITI RESIDENTIAL LENDING  MORTGAGE ARRE     9844.41          .00              .00
CONSUMER PORTFOLIO SERV   SECURED VEHIC    19698.00       497.34          1677.34
COOK COUNTY TREASURER     SECURED           2775.44        69.39            67.11
MIDWEST TILTE LOAN        SECURED VEHIC     1900.00        47.97           161.82
INTERNAL REVENUE SERVICE  PRIORITY          2401.33          .00              .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER   NOT FILED          .00              .00
ABS CBN INTERNATIONAL     UNSEC W/INTER   NOT FILED          .00              .00
DIRECT TV                 UNSEC W/INTER   NOT FILED          .00              .00
SUSAN HAIDO MD            UNSEC W/INTER   NOT FILED          .00              .00
SUSAN HAIDO MD            UNSEC W/INTER   NOT FILED          .00              .00
SUSAN HAIDO MD            UNSEC W/INTER   NOT FILED          .00              .00
ASSET ACCEPTANCE CORP     UNSEC W/INTER      871.23          .00              .00
AT&T WIRELESS             UNSEC W/INTER   NOT FILED          .00              .00
SWEDISH COVENANT HOSPITA  UNSEC W/INTER   NOT FILED          .00              .00
COMMONWEALTH EDISON       UNSEC W/INTER      906.37          .00              .00
COMCAST                   UNSEC W/INTER   NOT FILED          .00              .00
RUSH PRESBYTERIAN EMERG   UNSEC W/INTER   NOT FILED          .00              .00
RUSH DERMATOLOGY PATIENT  UNSEC W/INTER   NOT FILED          .00              .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER      560.21          .00              .00
CITI RESIDENTIAL LENDING  NOTICE ONLY     NOT FILED          .00              .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER      386.57          .00              .00
CAPITAL ONE               UNSEC W/INTER      741.18          .00              .00
SECOND START              DEBTOR ATTY       2,354.00                      1,970.93
TOM VAUGHN                TRUSTEE                                         1,740.62
DEBTOR REFUND             REFUND                                          1,661.54

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 22141 FERNANDO D CORTEZ
```

```
--------------------------------------------------------------------------------
TRUSTEE                                     23,419.25

PRIORITY                                                             .00
SECURED                                                        17,431.46
    INTEREST                                                      614.70
UNSECURED                                                            .00
ADMINISTRATIVE                                                  1,970.93
TRUSTEE COMPENSATION                                            1,740.62
DEBTOR REFUND                                                   1,661.54
                                         ---------------   ---------------
TOTALS                                      23,419.25          23,419.25
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 10/29/08             _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE